**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **RENE ARISPE,** *et al.***,**  )  <br>  )  <br>        **Plaintiffs,**  )  <br>  )  <br>    v.  )  <br>  )  <br> **S & J ACOUSTICS, INC.,** *et al.***,**  )  <br>  )  <br>        **Defendants.**  )  <br>  ) | Civil Action No. 13-1585 (RMC) |

**ORDER OF JUDGMENT**

This Order of Judgment replaces the Order, Dkt. 29, entered on May 14, 2014.

Upon consideration of Plaintiffs' Motion for Default Judgment Against Defendants Richard B. Sisk, S & J Acoustics, Inc., and RG Acoustics, LLC, Dkt. 27, it is hereby

**ORDERED** that Plaintiffs' Motion, Dkt. 27, is **GRANTED**; and it is

**FURTHER ORDERED** that default judgment is entered against Defendants Richard B. Sisk, S & J Acoustics, Inc., and RG Acoustics, LLC, jointly and severally, in the amount of $51,445.00.

**SO ORDERED**.

Date: May 20, 2014

/s/
ROSEMARY M. COLLYER
United States District Judge